1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  KAREN KREUZKAMP (CABN 246151)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7014
7       FAX: (415) 436-7234
        Email: Karen.Kreuzkamp@usdoj.gov
8
   Attorneys for United States of America
9
                    UNITED STATES DISTRICT COURT
10
                 NORTHERN DISTRICT OF CALIFORNIA
11
                     SAN FRANCISCO DIVISION
12

13 UNITED STATES OF AMERICA,          )   NO. CR 11-541 EMC
                                      )
14        Plaintiff,                  )
                                      )
15    v.                              )
                                      )
16 RONALD GLENN JONES,                )
                                      )
17        Defendant.                  )
   _____)
18

19 UNITED STATES OF AMERICA,          )   NO. CR 17-344 EMC
                                      )
20        Plaintiff,                  )   STIPULATION AND [PROPOSED] ORDER
                                      )   MODIFYING PROTECTIVE ORDER
21    v.                              )
                                      )
22 RONALD GLENN JONES,                )
                                      )
23        Defendant.                  )
   _____)
24

25

26

27

28

**STIPULATION**

IT IS HEREBY STIPULATED by the parties, through undersigned counsel, that:

1.     The parties submitted a protective order to the Court on July 19, 2017, which the Court signed on July 20, 2017.  Dkt. 12.

2.     It was not the intent of the parties that any extraction report from any telephone of the defendant to be included in the protective order and need to modify the protective order to make it clear that such reports are not subject to the protective order.

IT IS SO STIPULATED.

DATED:  October 18, 2017                                    BRIAN J. STRETCH
                                                           United States Attorney

                                                           _____
                                                                    /s/
                                                           KAREN KREUZKAMP
                                                           Assistant United States Attorney

DATED:  October 18, 2017

                                                           _____
                                                                    /s/
                                                           ERIK LEVIN
                                                           Counsel for Defendant
                                                           Ronald Glenn Jones


**[~~PROPOSED~~] ORDER**

Based upon the above-described Stipulation, THE COURT ORDERS that the protective order entered in this case does not apply to any extraction report from any telephone of the defendant.

IT IS SO ORDERED.

DATED:  10/23/17

_____
HON. EDWARD M. CHEN
United States District Judge